IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Jaye Santos</u>

Civil Case # 1:21-cv-02427-RLY-TAB

## **<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>**

Pursuant to Local Rule 83-7(b), Ben C. Martin, Thomas Wm. Arbon, the law firm of Ben Martin Law Group, PLLC, Stephanie Marie Herrmann, and the law firm of Fenstersheib Law Group, P.A., move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel for Plaintiff Jaye Santos has terminated the attorney-client relationship with Plaintiff. A conflict had arisen between counsel and Jaye Santos, and the attorney client relationship is no longer tenable.

3. For these reasons, Ben C. Martin, Thomas Wm. Arbon, the law firm of Ben Martin Law Group, PLLC, Stephanie Marie Herrmann, and the law firm of Fenstersheib Law Group, P.A., request this Court to enter an order: 1) allowing all named counsel, the law firm of Ben Martin Law Group, PLLC and the law firm of Fenstersheib Law Group, P.A., to withdraw as counsel for Jaye Santos; 2) relieving all counsel of record for the Plaintiff from any further obligations; 3)

1

directing that all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to Jaye Santos, 902 47th Street, Apt. RD5, Brooklyn, NY 11219, or until such time successor counsel enters an appearance; and, 4) for such other relief this Court deems just and proper.

4. The undersigned counsel has sent a copy of this *Motion to Withdraw* to this Claimant's last known address, thereby informing her of this Motion to Withdraw. A copy of the Notice of Motion to Withdraw as Counsel is attached as Exhibit A.

WHEREFORE, the undersigned counsel, Ben Martin Law Group, PLLC, and Fenstersheib Law Group, P.A., move this Court for the entry of an Order permitting the undersigned counsel, the law firm of Ben Martin Law Group, PLLC, and Fenstersheib Law Group, P.A., to withdraw as counsel of record in this matter.

Dated: November 4, 2025.

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin
Thomas Wm. Arbon
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com

*/s/ Stephanie Marie Herrmann*
Stephanie Marie Herrmann
**Fenstersheib Law Group, P.A.**
520 Hallandalee Beach Blvd.
Hallandale, FL 33009
Tel.: (954) 456-2488
Fax: (954) 212-2757
smh@fenstersheib.com

***Attorneys for Plaintiff***

2

## CERTIFICATE OF SERVICE

    I hereby certify that on November 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                    */s/ Ben C. Martin*  
                                                    Ben C. Martin