UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Barbara Snyder, 1:19-cv-02570-RLY-TAB
Jaye Santos, 1:21-cv-02427-RLY-TAB

## ORDER DISMISSING CASES

The Magistrate Judge recommends that the cases filed by Plaintiffs Barbara Snyder and Jaye Santos be dismissed without prejudice for their failure to appear at two telephonic status conferences and their failure to respond to the Magistrate Judge's show cause orders.  The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 27526).  Plaintiffs' cases are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 23rd day of December 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.